**Order entered November 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00990-CV

## JEANNIE MCKELVY, Appellant

## V.

## COLUMBIA MEDICAL CENTER OF MCKINNEY, ET AL, Appellees

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-04187-2011**

## ORDER

In a letter dated September 3, 2013, the Court requested the Collin County District Clerk

to file a supplemental clerk's record containing the trial court's June 21, 2013 order granting the

defendant's motion to dismiss. In response, the Court received a supplemental clerk's record

containing a certification that states:

> Per the Court's request, I certify that in the above-styled case there is no
> signed order granting the defendant's motion to dismiss. There is only a docket
> entry made by the trial court judge on June 21, 2013, with notice that the Order is
> to be forthcoming.

Accordingly, we **ORDER** the Honorable Benjamin Smith, Judge of the 380th Judicial

District Court of Collin County, Texas, to sign, **within twenty days of the date of this order**, an

order granting the motion to dismiss. A supplemental clerk's record containing the trial court's order shall be filed within **thirty days** of the date of this order.

We **ABATE** this appeal to allow the trial court to sign the order. This appeal will be reinstated thirty days from the date of this order or when the Court receives a supplemental clerk's record containing the trial court's order, whichever is sooner.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Judge Smith, the Collin County District Clerk, and all counsel of record.


/s/     ELIZABETH LANG-MIERS
        JUSTICE